**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1225**

---

STEVEN PAUL FLEMING,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-97-700-WMN)

---

Submitted:  July 22, 1998          Decided:  August 5, 1998

---

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Steven Paul Fleming, Appellant Pro Se.  Tamera Lynn Fine, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven Paul Fleming appeals the district court's order dismissing his civil action challenging the Federal Aviation Administration's denial of medical certification to fly. <u>See</u> 14 C.F.R. § 61.3(c) (1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Fleming v. United States</u>, No. CA-97-700-WMN (D. Md. Jan 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2